In the Matter of the Will of MARY E. CLIFT, Deceased. CITY NATIONAL BANK OF BINGHAMTON, Appellant; CHESTER C. CLIFT, Respondent.

Argued May 20, 1940; decided June 4, 1940.

*Morris Gitlitz* for appellant.

*Henry R. Multer* and *Vere H. Multer* for respondent.

Order affirmed, with costs payable out of estate to both parties filing briefs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.